UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ONEWEST BANK, FSB,<br><br>                  Plaintiff,<br><br>  -against-<br><br>HSBC BANK USA NATIONAL ASSOCIATION, AS TRUSTEE OF THE DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2006-AR5,<br><br>                  Defendant | Docket No. 10-cv-4855 (SHS)<br><br>ECF Matter<br><br>**NOTICE OF PLAINTIFF ONEWEST BANK, FSB'S MOTION FOR SUMMARY JUDGMENT** |

      PLEASE TAKE NOTICE that upon the accompanying (i) Memorandum of Law in Support of Plaintiff OneWest Bank, FSB's Motion for Summary Judgment; (ii) OneWest Bank, FSB's Local Rule 56.1 Statement of Undisputed Facts in Support of its Motion for Summary Judgment; (iii) Declaration of Aaron Wade in Support of Plaintiff OneWest Bank, FSB's Motion for Summary Judgment dated December 6, 2010, and the exhibits attached thereto, and (iv) Declaration of Kenneth T. Murata in Support of Plaintiff OneWest Bank, FSB's Motion for Summary Judgment dated December 6, 2010, and the exhibits attached thereto, the undersigned will move this Court, before the Honorable Sidney H. Stein for summary judgment on Plaintiff's claims, pursuant to Federal Rule of Civil Procedure 56(c).

| | |
|---|---|
| Dated:  December 6, 2010 | O'MELVENY & MYERS LLP |

> By:   /s/ Kenneth T. Murata
>     Kenneth Murata
>     7 Times Square
>     New York, New York 10036
>     Tel:  (212) 326-2000
>     Fax:  (212) 326-2061
>     E-mail:  kmurata@omm.com
>
>     - and -
>
>     Brian P. Brooks (*Pro Hac Vice*)
>     1625 Eye Street, NW
>     Washington, DC 20006
>     Tel:  (202) 383-5300
>     Fax:  (202) 383-5414
>     E-mail:  bbrooks@omm.com
>
> *Attorneys for Plaintiff OneWest Bank, FSB*

**CERTIFICATE OF SERVICE**

I, Kenneth T. Murata, hereby certify that on December 6, 2010, I served a true and correct copy of OneWest Bank, FSB's foregoing Notice of Motion for Summary Judgment via the Court's ECF system and by e-mail on the following persons:

>Richard A. Spehr, Esq.
>Michael O. Ware, Esq.
>Jennifer M. Rosa, Esq.
>MAYER BROWN LLP
>1675 Broadway
>New York, New York 10019
>
>*Counsel for Defendant HSBC Bank USA, National Association*

>　/s/ Kenneth T. Murata
>Kenneth Murata