USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ONEWEST BANK, FSB,,

                Plaintiffs,

-against-

HSBC BANK USA NATIONAL ASSOCIATION,
as Trustee of the Deutsche Alt-A Securities
Mortgage Loan Trust, Series 2006-AR5,

                Defendant.
------------------------------------------------------------X

10 CIVIL 4855 (SHS)

**JUDGMENT**

      Plaintiff having moved for summary judgment, and the matter having come before the Honorable Sidney H. Stein, United States District Judge, and the Court, on November 3, 2011, having rendered its Order granting in its favor plaintiff's motion for summary judgment, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 3, 2011, plaintiff's motion for summary judgment in its favor is granted.

**Dated:** New York, New York
          November 4, 2011

                              RUBY J. KRAJICK
                              Clerk of Court
BY:
                              Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____